IN RE MILLER v. GUILFORD COUNTY SCHOOLS

No. 371P83.

Case below: 62 N.C. App. 729.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 September 1983.

IN THE MATTER OF THE ESTATE OF ANGELIKA KATSOS

No. 351P83.

Case below: 62 N.C. App. 551.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 September 1983. Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 7 September 1983.

KENNEDY v. STARR

No. 326P83.

Case below: 62 N.C. App. 182.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983.

LIBBY HILL SEAFOOD RESTAURANTS, INC. v. OWENS

No. 377P83.

Case below: 62 N.C. App. 695.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 September 1983.

MASON v. RUMPLE

No. 375P83.

Case below: 62 N.C. App. 758.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 September 1983.